AT- 42598

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| **Joseph Sinatra** and **Kathryn Sinatra**, his wife, et al.; | *Index No.:* 105886/01 |
| | *Plaintiff designates* NEW YORK *County as the place of trial* |
| *Plaintiffs,* | |
| | *The basis of the venue is* Defendant's Place of Business |
| - against - | *Summons* |
| | *Complaint Filed:* March 23, 2001 |
| **ABB Lummus Crest, Inc.,** et al.; | *Plaintiff resides at* See Attached Complaint |
| *Defendants.* | *County of:* |

To the above named Defendant:    Listed on the Attached Schedule

*YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of the summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered top you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.*

| | | |
|---|---|---|
| *Dated:* | March 26, 2001 | WILENTZ, GOLDMAN & SPITZER *Attorney(s) for Plaintiff* |
| *Defendant's address:* | See Attached Schedule | *Office and Post Office Address* Wall Street Plaza 88 Pine Street New York, New York 10005 |

A.C.&S., INC.
AMERICAN STANDARD, INC.
ARMOR KONE ELEVATOR CO., INC.
ASBESTOS CORPORATION LTD.
BERGEN INDUSTRIAL SUPPLY CO., INC.
BLACKMAN PLUMBING SUPPLY COMPANY, INC.
BORG-WARNER CORPORATION
CERRO WIRE & CABLE CO., INC.
CHRYSLER CORPORATION
CLEAVER-BROOKS COMPANY
CONSOLIDATED RAIL CORPORATION
DB RILEY, INC.
DURABLA MANUFACTURING COMPANY
DURO DYNE CORPORATION
E&B MILL SUPPLY CO.
EMPIRE-ACE INSULATION MFG. CORP.
FARRELL LINES INCORPORATED
FLYNN HILL ELEVATOR CORPORATION
FORD MOTOR COMPANY
GARLOCK, INC.
GENERAL ELECTRIC COMPANY
GENERAL MOTORS CORPORATION
GENERAL REFRACTORIES COMPANY
HONEYWELL INTERNATIONAL, INC.
IMO INDUSTRIES, INC.
KAISER GYPSUM COMPANY, INC.
LAC D'AMIANTE DU QUEBEC, LTEE
LEEDS & NORTHRUP COMPANY
M.J. KELLY CO.
MADSEN & HOWELL, INC.
METROPOLITAN LIFE INSURANCE COMPANY
MONTGOMERY KONS, INC.
MORSE-DIESEL INTERNATIONAL INC.
NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.
ORANGE AND ROCKLAND UTILITIES, INC.
OTIS ELEVATOR COMPANY
RAPID AMERICAN CORP.
S.W. ANDERSON SALES CORP.
SAFEGUARD INDUSTRIAL EQUIPMENT CO.
SERGE ELEVATOR MANUFACTURING CORPORATION
SID HARVEY INDUSTRIES, INC.
STALEY ELEVATOR CO., INC.
STATE INSULATION CORP.
STONE & WEBSTER ENGINEERING CORPORATION
THOMAS O'CONNOR & CO., INC.
THYSSENKRUPP ELEVATOR CORPORATION
TISHMAN LIQUIDATING CORP.
TISHMAN REALTY & CONSTRUCTION CO., INC.
TURNER CONSTRUCTION COMPANY
VERMONT ASBESTOS GROUP
WESTINGHOUSE ELECTRIC CORPORATION
WESTINGHOUSE ELEVATOR COMPANY

COUNTY OF NEW YORK
-----------------------------------------------X

**MARTIN F. SINATRA** and
   **KATHRYN SINATRA,** his wife;
**JOHN BECHTOLD;**
**JOHN BRENNAN;**
**RICHARD S. CAGGIANO** and
   **ROSEANN CAGGIANO,** his wife;
**LORETTA CAPRARA,** Individually and as the
   Executrix of the Estate of **FRANK P. CAPRARA;**
**SALVATORE CAPRARIO;**
**KENNETH C. HEYL;**
**HARRISON B. JONES;**
**JAKE LOGAN;**

               Plaintiffs,

- against -

**ABB LUMMUS CREST, INC.,** individually and as
   successor to and formerly known as Lummus
   Crest, Inc. and Lummus Company;
**A.C.&S., INC.,** formerly Armstrong Contracting
   and Supply, Inc.;
**A.P. GREEN INDUSTRIES, INC.,** individually and
   as successor to A.P. Green Firebrick Company
   and A.P. Green Refractories Co.;
**A.W. CHESTERTON COMPANY;**
**AMERICAN HARDWARE AND PAINT CO., INC.,** also
   known as American Elgen, individually and as
   successor to United Air Control;
**AMERICAN STANDARD INC.,** formerly American
   Radiator & Standard Sanitary Corp.
   individually and as a successor to Kewanee
   Boiler Company, Inc.
**THE ANCHOR PACKING COMPANY;**
**ARMOR KONE ELEVATOR CO., INC.,** individually and
   as successor to and formerly known as Armor
   Elevator Co., Inc. (named only as to
   sub-plaintiff John Brennan);
**ARMSTRONG WORLD INDUSTRIES, INC.,** formerly
   Armstrong Cork Company and Armstrong
   Contracting and Supply;
**ASBESTOS CLAIMS MANAGEMENT CORPORATION,**
   individually and as successor to National
   Gypsum Company, Asbestos Ltd. and Smith
   Asbestos Co. and alter ego of and/or
   successor to National Asbestos Mines Ltd.;
**ASBESTOS CORPORATION LTD.,** individually and as
   successor to Johnson's Company (named only
   as to sub-plaintiff Kenneth C. Heyl);
**ASBESTOSPRAY CORP.;**
**THE BABCOCK & WILCOX COMPANY,** individually and
   as successor to B & W Refractories Limited,
   Standard Refractories Limited and Holmes
   Blunt Limited;
**BECHTEL CORPORATION;**
**BERGEN INDUSTRIAL SUPPLY CO., INC.** (named only
   as to sub-plaintiffs Martin F. Sinatra and
   Kathryn Sinatra);
**BLACKMAN PLUMBING SUPPLY COMPANY, INC.,**
   individually and successor to Blackman-
   Hoffman Company, Inc., Blackman-Riverhead
   Corp., Blackman-Shapiro Co. Inc., Blackman-
   Ludington Corp., Blackman-Southampton Corp.,
   Blackman-Hicksville Co., Inc., Blackman-
   Queens Corp. and Blackman-Medford Corp.;
**BORG-WARNER CORPORATION** c/o Borg-Warner
   Automotive Corp., Inc. (named only as to
   sub-plaintiff Harrison B. Jones);

Index No.: 105886/01

COMPLAINT FILED:
March 23, 2001

**VERIFIED COMPLAINT**

#5534221 (130822.002)

as Burns and Roe, Inc.;

**CALON INSULATION CORP.** (named only as to
sub-plaintiffs Martin F. Sinatra and
Kathryn Sinatra);

**CAREY CANADA, INC.**, formerly Carey Canadian
Mines, Ltd., individually and as successor
to Quebec Asbestos Corp. Ltd.;

**THE CELOTEX CORPORATION**, individually and as
successor to Philip Carey Corporation,
Philip Carey Mfg. Co., Philip Carey Co.,
Inc., XPRU Corporation, Briggs Mfg. Co.,
Panacon Corporation, Smith & Kanzler, Inc.
and Quebec Asbestos Corp. Ltd.;

**CENTRAL HUDSON GAS & ELECTRIC CORPORATION;**

**CERRO WIRE & CABLE CO., INC.**, individually and
as successor to and/or also known as The
Rockbestos Company, Rockbestos Wire and
Cable Co. and Rockbestos-Surprenant Cable
Corporation;

**CERTAINTEED CORPORATION**, formerly CertainTeed
Products Corp., individually and as
successor to Keasbey and Mattison Company;

**CHRYSLER CORPORATION** (named only as to
sub-plaintiff Harrison B. Jones);

**CLEAVER-BROOKS COMPANY;**

**COMBUSTION ENGINEERING, INC.**, individually and
as successor to M.H. Detrick Company, Walsh
Refractory Corporation and Refractory and
Insulation Corporation, now known as C. & E.
Refractories, Inc.;

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.;**

**CONSOLIDATED RAIL CORPORATION**, individually and
as successor to Pennsylvania Railroad
Corporation, New York Central Railroad
Corporation, Pennsylvania Central Railroad
Corporation, Erie Railroad Corporation,
Lackawanna Railroad Corporation and Erie-
Lackawanna Railroad Corporation. (named only
as to sub-plaintiff Jake Logan);

**COURTER & COMPANY, INCORPORATED;**

**CROWN, CORK & SEAL COMPANY, INC.**, individually
and as successor to Mundet Cork Corp.;

**DB RILEY, INC.**, individually, as successor to,
and/or formerly known as DB Riley Stoker
Corporation, and as successor to, and/or
foermly doing business as Union Iron Works
(named only as to sub-plaintiffs
Martin F. Sinatra and Kathryn Sinatra);

**DANA CORPORATION**, individually and as successor
to Spicer Enterprises, Inc.;

**DUCT MATE INDUSTRIES, INC.;**

**DURABLA MANUFACTURING COMPANY;**

**DURO DYNE CORPORATION;**

**E&B MILL SUPPLY CO.** (named only as to
sub-plaintiffs Martin F. Sinatra and
Kathryn Sinatra);

**EAGLE-PICHER INDUSTRIES, INC.;**

**EASTCO INDUSTRIAL SAFETY CORP.**, a/k/a Charkate
Glove and Specialty Company;

**EASTERN REFRACTORIES COMPANY, INC.;**

**EMPIRE-ACE INSULATION MFG. CORP.**, individually
and as successor to Empire Asbestos Co. and
Ace Asbestos Mfg. Company;

**FARRELL LINES INCORPORATED**, individually and as
successor to American Export Lines, Inc.
(named only as to sub-plaintiff
Loretta Caprara, Individually and as the
Executrix of the Estate of
Frank P. Caprara);

successor to Fibreboard Paper Products
Corporation, Pabco Products, Inc., and
Plant, Rubber & Asbestos Works; Inc.;
**THE FLEXITALLIC GROUP, INC.**, individually and
as successor to Flexitallic, Inc. and
Flexitallic Gasket Company Inc.;
**THE FLINTKOTE COMPANY;**
**FLYNN HILL ELEVATOR CORPORATION** (named only as
to sub-plaintiff John Brennan);
**FORD MOTOR COMPANY** (named only as to
sub-plaintiff Harrison B. Jones);
**FOSTER WHEELER CORPORATION;**
**GAF CORPORATION**, individually and as successor
to the Ruberoid Co. and Vermont Asbestcs
Corporation;
**GARLOCK, INC.;**
**GENERAL ELECTRIC COMPANY;**
**GENERAL MOTORS CORPORATION** (named only as to
sub-plaintiff Harrison B. Jones);
**GENERAL REFRACTORIES COMPANY;**
**GEORGE A. FULLER COMPANY;**
**GEORGIA-PACIFIC CORPORATION;**
**GIAMBOI BROS., INC.;**
**GUYON GENERAL PIPING, INC.**, individually and as
successor to and formerly known as Charles
F. Guyon, Inc.;
**H.H. ROBERTSON COMPANY;**
**H.K. PORTER COMPANY, INC.**, individually and as
successor to Southern Asbestos Company,
Carolina Asbestos Company and Thermoid
Company;
**HARBISON-WALKER REFRACTORIES CO.**, a division or
subsidiary of Dresser Industries, Inc.;
**HONEYWELL INTERNATIONAL, INC.** as successor to
Allied Signal, Inc. and Aftermarket Brake
and Friction Materials Division of Bendix
Corporation (named only as to sub-plaintiff
Harrison B. Jones);
**IMO INDUSTRIES INC.**, as successor to and
formerly known as DeLaval Turbine,
Transamerica DeLaval, and IMO DeLaval;
**INGERSOLL-RAND COMPANY;**
**J.H. FRANCE REFRACTORIES CO., INC.;**
**JANOS INDUSTRIAL INSULATION, INC.;**
**JOHN W. WALLACE & CO.;**
**KAISER ALUMINUM & CHEMICAL CORPORATION;**
**KAISER GYPSUM COMPANY, INC.;**
**KEENE CORPORATION**, individually and as
successor to Ehret Magnesia Mfg. Co.,
Baldwin Hill Co., Baldwin-Ehret-Hill Co.,
Inc., Keene Building Products Co.;
**KENTILE FLOOR INC.**, individually and as
successor to Kentile, Inc.;
**KING INSULATION COMPANY, INC.**, now known as
King-Dandorf Insulation;
**LAC D'AMIANTE DU QUEBEC, LTEE**, formerly Lake
Asbestos of Quebec, Ltd., individually and
as successor to National Asbestos Mines,
Ltd. (named only as to sub-plaintiff
Kenneth C. Heyl);
**LEEDS & NORTHRUP COMPANY;**
**LONG ISLAND LIGHTING COMPANY;**
**M.H. DETRICK COMPANY;**
**M.J. KELLY CO.;**
**MADSEN & HOWELL, INC.** (named only as to
sub-plaintiffs Martin F. Sinatra and
Kathryn Sinatra);
**MARIO & DIBONO PLASTERING CO., INC.;**
**METROPOLITAN LIFE INSURANCE COMPANY** (named only
as to sub-plaintiff Kenneth C. Heyl);
**METROPOLITAN REFRACTORIES CORPORATION;**
**MINNESOTA MINING & MANUFACTURING COMPANY;**

**MONTGOMERY KONE, INC.** (named only as to sub-plaintiff John Brennan);
**MORSE-DIESEL INTERNATIONAL INC.;**
**NEW YORK PROTECTIVE COVERING INDUSTRIES, INC.;**
**NORTH AMERICAN REFRACTORIES COMPANY;**
**ORANGE AND ROCKLAND UTILITIES, INC.;**
**OTIS ELEVATOR COMPANY** (named only as to sub-plaintiff John Brennan);
**OWENS-CORNING FIBERGLAS CORPORATION;**
**OWENS-ILLINOIS, INC.;**
**PFIZER, INC.;**
**PITTSBURGH CORNING CORPORATION;**
**PORTER-HAYDEN COMPANY,** individually and as successor to H.W. Porter and Co., and Reid Hayden Co. (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**PPG INDUSTRIES, INC.** (formerly known as Pittsburgh Plate Glass Company), individually and as successor to and/or alter ego of Pittsburgh Corning Corp.;
**PUERTO RICO SAFETY EQUIPMENT CORPORATION;**
**PULMOSAN SAFETY EQUIPMENT CORPORATION;**
**QUIGLEY COMPANY, INC.;**
**RAPID AMERICAN CORP.,** individually and as successor to The Celotex Corporation, Philip Carey Corporation, Philip Carey Mfg. Co., Philip Carey Company, Inc., XPRU Corporation, Briggs Manufacturing Company, Panacon Corporation, Smith & Kanzler, Inc. and Quebec Asbestos Corp., Ltd.;
**RARITAN SUPPLY COMPANY,** individually and as successor to Bridge Supply Co. (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**RESEARCH COTTRELL, INC.;**
**ROBERT A. KEASBEY COMPANY;**
**ROCKBESTOS WIRE AND CABLE CO.,** individually and as successor to and/or also known as The Rockbestos Company, Cerro Wire & Cable Co., Inc. and Rockbestos-Surprenant Cable Corp.;
**ROCK WOOL MANUFACTURING COMPANY;**
**RUTLAND FIRE CLAY COMPANY;**
**S.W. ANDERSON SALES CORP.;**
**SAFEGUARD INDUSTRIAL EQUIPMENT CO.;**
**SERGE ELEVATOR MANUFACTURING CORPORATION** (named only as to sub-plaintiff John Brennan);
**SID HARVEY INDUSTRIES, INC.,** individually and successor to or formerly known as Sid Harvey Sales Co.;
**SOUTHDOWN INC.,** as successor to Moore-McCormack Lines Inc. (named only as to sub-plaintiff Loretta Caprara, Individually and as the Executrix of the Estate of Frank P. Caprara);
**SOUTHERN TEXTILE CORPORATION,** division of H.K. Porter Company;
**SPRAYCRAFT CORPORATION,** now known as H & A Construction Corp.;
**STALEY ELEVATOR CO., INC.** (named only as to sub-plaintiff John Brennan);
**STANDARD INSULATION CO.,** formerly Standard Asbestos Co.;
**STATE INSULATION CORP.** (named only as to sub-plaintiffs Martin F. Sinatra and Kathryn Sinatra);
**STONE & WEBSTER ENGINEERING CORPORATION;**
**THOMAS O'CONNOR & CO., INC.;**
**THYSSENKRUPP ELEVATOR CORPORATION,** formerly known as Dover Elevator Company (named only as to sub-plaintiff John Brennan);
**TISHMAN LIQUIDATING CORP.,** formerly known as Tishman Realty & Construction Co., Inc.;
**TISHMAN REALTY & CONSTRUCTION CO., INC.;**
**TREADWELL CORPORATION;**

TURNER & NEWALL, P.L.C., individually and as
successor to and alter ego of Keasbey &
Mattison Co. and Bell Asbestos Mines, Ltd.;
**TURNER CONSTRUCTION COMPANY;**
**UNIROYAL, INC.,** individually and as successor
to United States Rubber Company, Inc.;
**UNITED STATES GYPSUM COMPANY;**
**UNITED STATES MINERAL PRODUCTS COMPANY;**
**VERMONT ASBESTOS GROUP** (named only as to
sub-plaintiff Kenneth C. Heyl);
**W.R. GRACE & CO. - CONN,** formerly W.R. Grace &
Co., individually and as successor to
Zonolite Corporation;
**WEIL-McLAIN,** a division of the Marley Company,
successor in interest to the Wylain Co.;
**WESTINGHOUSE ELECTRIC CORPORATION;**
**WESTINGHOUSE ELEVATOR COMPANY** (named only as to
sub-plaintiff John Brennan);
**WOLFF & MUNIER SERVICE COMPANY, INC.;**
**WOOLSULATE CORPORATION;**
**WORTHINGTON CORPORATION;**
**YORK INDUSTRIES CORP.,** formerly York Insulation
Company;
**JOHN DOE 1** through **JOHN DOE 75**
(fictitious),

       Defendants.
--------------------------------------------------X

      Plaintiffs, complaining of the defendants, by Wilentz,

Goldman & Spitzer, P.C., their attorneys, respectfully allege, upon

information and belief, at all times hereinafter mentioned, as

follows:

### PARTIES - PLAINTIFFS

      1.  Martin F. Sinatra resides at 108 Bowne Court,

Matawan, New Jersey 07747 and served in the U.S. Navy from 1964 to

1966, worked for New York Telephone as a wireman from 1966 to 1967,

worked for United Airlines as an equipment operator from 1967 to

1968.  Plaintiff has been a member of Plumbers Union Local 1 and

Local 371 from 1973 to the present and has worked at various

locations throughout New York and New Jersey including Brooklyn Navy

Yard, Bethlehem Steel Shipyard, JCP&L Powerhouses and PSE&G

Powerhouses.  In these capacities, and at other times and places, he

was exposed to dust from asbestos and asbestos containing products

and he has contracted esophageal cancer and other serious diseases.

      2.  Kathryn Sinatra is the lawful wife of Martin F.

Sinatra.

# LENTZ
# GOLDMAN
# &SPITZER P.A.

## ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

http://www.wilentz.com

Please reply to:
New York
Direct Dial: (646) 746-8914
lexarchakis@wilentz.com

ROBERT T. WILENTZ (1915-1996)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MATTHIAS D. DILEO
MORRIS BROWN
FREDERIC K. BECKER
NICHOLAS L. SANTOWASSO
RICHARD F. LERT
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH
STUART A. HOBERMAN
STEPHEN A. SPITZER
ANNE S. BABINEAU
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
SHELDON E. JAFFE
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN
JAMES E. TRABILSY
MAUREEN S. BINETTI
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT
MICHAEL F. SCHAFF
ANGELO JOHN CIFALDI
FRANCIS X. JOURNICK, JR.
KEVIN M. BERRY
NOEL S. TONNEMAN
JOHN T. KELLY
C. KENNETH SHANK

JON G. KUPILIK
PETER R. HERMAN
EDWARD T. KOLE
HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ
VIOLA S. LORDI
LYNNE M. KIZIS
KEVIN P. RODDY
STEVEN P. MARSHALL
DOUGLAS WATSON LUBIC
CHERYL J. OBERDORF
LISA A. GORAB
RUSSELL J. FISHKIND
FRED HOPKE
CHARLES F. VUOTTO, JR.
DONALD E. TAYLOR
BARRY R. SUGARMAN
BRETT R. HARRIS
ALFRED M. ANTHONY
DARREN M. GELBER
MATTHEW M. WEISSMAN
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM
WILLARD C. SHIH
BLAIR R. ZWILLMAN
STEVEN R. ENIS
LAWRENCE C. WEINER

OF COUNSEL
ROBERT A. PETITO
HAROLD G. SMITH
ALFRED J. HILL (1962-2002)
ROBERT J. CIRAFESI (1970-2004)
ALAN B. HANDLER
DOUGLAS T. HAGUE
MYRON ROSNER

COUNSEL
DAVID P. PEPE
SUSANNE S. O'DONOHUE

RUTH D. MARCUS
RICHARD J. BYRNES
JAY V. SURGENT
LEE ANN McCABE
LAURIE E. MEYERS
JAMES P. LUNDY
ELIZABETH FARLEY MURPHY
JAMES E. TONREY, JR.
DEIRDRE WOULFE PACHECO
ROBERTO BENITES

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH PRIVES
YVONNE MARCUSE
ELIZABETH C. DELL
ABBY RESNICK-PARIGIAN
BRIAN KALVER
ELLEN TORREGROSSA-O'CONNOR
NANCY A. SLOWE
KELLY A. ERHARDT-WOJIE
JEFFREY J. BROOKNER
JAMES E. McGUIRE
FRANCINE E. TAJFEL
ELIZABETH SISO BAIR
RONALD P. COLICCHIO
M. MATTHEW MANNION
DANIEL M. SERVISS
COURTENAY C. HANSEN
TODD E. LEHDER
JOHN M. CANTALUPO
JOHN E. HOGAN
DONNA A. McBARRON
DANIEL R. WASP
JOSEPH R. ZAPATA, JR.
JOHN P. MURDOCH II
ANNA MARIA TEJADA
MARY H. SMITH
EDWARD J. ALBOWICZ
THOMAS P. KELLY

NOA I. MONFORTH
JENNIFER D. SOYKA
EVERETT M. JOHNSON
ALEX LYUBARSKY
GERASIMOS M. KITSOPOULOS
KEVEN H. FRIEDMAN
GRÉGORY D. SHAFFER
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
LILLIAN A. PLATA
ROBERT L. SELVERS
PAMELA R. GOLD-ZAFRA
ALYSON M. LEONE
JULIE A. DEMAREE
KEITH L. HOVEY
GEMMA L. ABERNOVICH
KRISTEN M. BENEDETTO
KARL AUGUST DORWART
GIRA A. DESAI
JOSEPH J. RUSSELL, JR.
DEEPA KAIREN
DANIEL A. PRUPIS

◄ Certified Civil Trial Attorney
☐Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist
  Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL

October 11, 2006

Suzanne Halbardier, Esq.
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006

> **Re: Asbestos Litigation Settlements**
> **STATE INSULATION CORP.; Feb 3, 2005**
> **Balance due: $16,250.00**

Dear Counsel:

We previously submitted closing documents to your office in favor of the above-referenced defendant. According to our records, the amount of $16,250.00 remains due and unpaid under the referenced settlement agreement. For your convenience, we have attached a Settlement Agreement Status Report.

Please forward the outstanding balance at this time. If payment is not made within 30 days, we will file a Motion to Enforce this settlement agreement. Because of renewed efforts toward enacting federal asbestos legislation, we regret that we do not have any flexibility in enforcing payment of this agreement.

If you have any questions, please contact the undersigned, or our settlement coordinator, Lori L. Exarchakis at (732) 636-8000 extension 5788.

Sincerely,

Kevin M. Berry

KMB/lle
Enclosures

Case 1:08-cv-02299-AKH    Document 8    Filed 08/06/2008    Page 9 of 40

| Case | Party | Amount | Date | Amount |
|---|---|---|---|---|
| RUSSO V. A.P. GREEN INDUSTR. - 116214/98 | Russo, Paula | | | |
| | Russo, John J. | 2,875.00 | 05/18/2005 | 2,875.00 |
| SCANZANO V. ABB LUMMUS CREST - 103787/95 | Scanzano, Anna | | | |
| | Scanzano, Dominick | 0.00 | | 0.00 |
| SINATRA V. ABB LUMMUS CREST - 105886/01 | Sinatra, Kathryn | | | |
| | Sinatra, Martin F. | 5,750.00 | 05/18/2005 | 5,750.00 |
| SLIVKA V. ABB LUMMUS CREST - 102437/01 | Slivka, William J. | | | |
| | Slivka, George | 11,500.00 | 05/18/2005 | 11,500.00 |
| VENTURINO V. ABB LUMMUS - 109033/98 | Cerria, Philip | 2,875.00 | 05/18/2005 | 2,875.00 |
| VINSKO V. ABB LUMMUS CREST - 125309/00 | Vinsko, Joan | | | |
| | Vinsko, Raymond E. | 2,875.00 | 05/18/2005 | 0.00 |
| WARD V. ABB LUMMUS CREST - 121211/00 | Ward, Janice | | | |
| | Ward, Jerome | 11,500.00 | 05/18/2005 | 11,500.00 |

x:\tc52558\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

-------------------------------------------------------------------------------X

JOEL CHALCO,

                                        Plaintiff,

**NOTICE OF
ADOPTION**

                -against-

**08 CIV 2268**

ON SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING,
INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVIRONMENTAL, INC.; ANTHONY CORTESE
SPECIALIZED HAULING LLC.; ATLANTIC HEYDT
CORP.; BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION; BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL,
INC.; BERKEL & COMPANY, CONTRACTORS, INC.;
BIG APPLE WRECKING & CONSTRUCTION CORP.;
BOVIS LEND LEASE LMB, INC.; BREEZE CARTING
CORP.; BREEZE NATIONAL INC.; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING
CORP.; CANRON CONSTRUCTION CORP.; CORD
CONTRACTING CO., INC.; DAKOTA DEMO-TECH;
DIAMOND POINT EXCAVATING CORP.; DIEGO
CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.;
DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL
CONTRACTORS CORP.; EAGLE LEASING &
INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING
CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

CORP.; EVERGREEN RECYCLING OF CORONA (EROC);
EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL
SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS
A. LEE EXTERIOR RESTORATION, INC.; FTI
TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK,
LLP; GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC; HALLEN WELDING SERVICE,
INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.;
LAQUILA CONSTRUCTION INC.; LASTRADA
GENERAL CONTRACTING CORP.; LESLIE E.
ROBERTSON ASSOCIATES CONSULTING ENGINEERS,
P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD,
KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.;
LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI WRECKING,
INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC
F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH
AMERICAN CORP.; MRA ENGINEERING, PC; MUESER
RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA
INDUSTRIES INCORPORATED; NEW YORK CRANE &
EQUIPMENT CORP.; NICHOLSON CONSTRUCTION
COMPANY; PETER SCALAMANDRE & SONS, INC.;
PINNACLE ENVIRONMENTAL CORP.; PLAZA
CONSTRUCTION CORP.; PORT AUTHORITY OF NEW
YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC;
PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES;
ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.;
ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY
ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL
CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING
CORP.; SILVERITE CONTRACTING CORPORATION;
SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE
OWING & MERRILL LLP; SURVIVAIR; TISHMAN
CONSTRUCTION CORPORATION OF MANHATTAN;
TISHMAN CONSTRUCTION CORPORATION OF NEW YORK;
TISHMAN INTERIORS CORPORATION; TISHMAN
SPEYER PROPERTIES; THORTON-TOMASETTI GROUP,
INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY
CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.;
TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION
COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT
VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE,
INC.; WEIDLINGER ASSOCIATES, CONSULTING
ENGINEERS, P.C.; WHITNEY CONTRACTING INC.;
WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE
CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING
COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC;
ZIEGENFUSS DRILLING, INC.;
OFF SITE:
ALAN KASMAN DBA KASCO, AMERICAN EXPRESS BANK,
LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC., ANN TAYLOR
STORES CORPORATION, BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY, BFP TOWER C CO. LLC.,
BFP TOWER C MM LLC., BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., BT PRIVATE CLIENTS CORP.; DEUTSCHE
BANK TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS,
INC., LEHMAN COMMERCIAL PAPER, INC., MERRILL LYNCH
& CO., INC., NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., SABINE ZERARKA,
STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY
NA, THE NEW YORK CITY DEPARTMENT OF EDUCATION,
TISHMAN INTERIORS CORPORATION, TOSCORP INC.,
TRAMMELL CROW COMPANY, TRAMMELL CROW
CORPORATE SERVICES, INC., TUCKER ANTHONY, INC.,
TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC.,
WESTON SOLUTIONS, INC., WFP RETAIL CO. G.P. CORP.,
WFP RETAIL CO. L.P., WFP TOWER A CO., WFP TOWER A CO.
G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO.,
L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING
CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER
D HOLDING I G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL

                                            Defendants.
--------------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE  (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
July 22, 2008

WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

x:\tc52559\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

-------------------------------------------------------------------------X

LUIS CHIRINOS,

|  |  |
|---|---|
| Plaintiff, | **NOTICE OF ADOPTION** |
| -against- | **08 CIV 2260** |

ON SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING,
INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVIRONMENTAL, INC.; ANTHONY CORTESE
SPECIALIZED HAULING LLC.; ATLANTIC HEYDT
CORP.; BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION; BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL,
INC.; BERKEL & COMPANY, CONTRACTORS, INC.;
BIG APPLE WRECKING & CONSTRUCTION CORP.;
BOVIS LEND LEASE LMB, INC.; BREEZE CARTING
CORP.; BREEZE NATIONAL INC.; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING
CORP.; CANRON CONSTRUCTION CORP.; CORD
CONTRACTING CO., INC.; DAKOTA DEMO-TECH;
DIAMOND POINT EXCAVATING CORP.; DIEGO
CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.;
DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL
CONTRACTORS CORP.; EAGLE LEASING &
INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING
CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

CORP.; EVERGREEN RECYCLING OF CORONA (EROC);
EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL
SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS
A. LEE EXTERIOR RESTORATION, INC.; FTI
TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK,
LLP; GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC; HALLEN WELDING SERVICE,
INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.;
LAQUILA CONSTRUCTION INC.; LASTRADA
GENERAL CONTRACTING CORP.; LESLIE E.
ROBERTSON ASSOCIATES CONSULTING ENGINEERS,
P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD,
KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.;
LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI WRECKING,
INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC
F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH
AMERICAN CORP.; MRA ENGINEERING, PC; MUESER
RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA
INDUSTRIES INCORPORATED; NEW YORK CRANE &
EQUIPMENT CORP.; NICHOLSON CONSTRUCTION
COMPANY; PETER SCALAMANDRE & SONS, INC.;
PINNACLE ENVIRONMENTAL CORP.; PLAZA
CONSTRUCTION CORP.; PORT AUTHORITY OF NEW
YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC;
PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES;
ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.;
ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY
ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL
CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING
CORP.; SILVERITE CONTRACTING CORPORATION;
SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE
OWING & MERRILL LLP; SURVIVAIR; TISHMAN
CONSTRUCTION CORPORATION OF MANHATTAN;
TISHMAN CONSTRUCTION CORPORATION OF NEW YORK;
TISHMAN INTERIORS CORPORATION; TISHMAN
SPEYER PROPERTIES; THORTON-TOMASETTI GROUP,
INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY
CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.;
TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION
COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT
VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE,
INC.; WEIDLINGER ASSOCIATES, CONSULTING
ENGINEERS, P.C.; WHITNEY CONTRACTING INC.;
WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE
CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING
COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC;
ZIEGENFUSS DRILLING, INC.;
OFF SITE:
90 CHURCH STREET LIMITED PARTNERSHIP, AMBIENT
GROUP, INC., BANKERS TRUST COMPANY, BANKERS
TRUST CORP., BANKERS TRUST NEW YORK CORPORATION,
BELFOR USA GROUP, INC., BOSTON PROPERTIES, INC., BT
PRIVATE CLIENTS CORP.; CONSTITUTION REALTY LLC,
DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK
TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, HILLMAN ENVIRONMENTAL GROUP, LLC.,
JONES LANG LASALLE AMERICAS, INC., JONES LANG
LASALLE SERVICES, INC., ONE WALL STREET HOLDINGS,
LLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE BANK OF NEW YORK COMPANY,
INC., THE BANK OF NEW YORK TRUST COMPANY NA,
TISHMAN INTERIORS CORPORATION, TULLY CONSTRUCTION
CO., INC., TULLY INDUSTRIES, INC., AND VERIZON NEW
YORK, INC., ET AL

                                          Defendants.
------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In

Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
July 22, 2008

WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

x:\tc52560\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
--------------------------------------------------------------------------X
SARBELIA COBALLES,

|                          | **NOTICE OF** |
|--------------------------|---------------|
|        Plaintiff,        | **ADOPTION**  |
|                          |               |
|        -against-         | **08 CIV 2261** |

ON SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING,
INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVIRONMENTAL, INC.; ANTHONY CORTESE
SPECIALIZED HAULING LLC.; ATLANTIC HEYDT
CORP.; BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION; BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL,
INC.; BERKEL & COMPANY, CONTRACTORS, INC.;
BIG APPLE WRECKING & CONSTRUCTION CORP.;
BOVIS LEND LEASE LMB, INC.; BREEZE CARTING
CORP.; BREEZE NATIONAL INC.; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING
CORP.; CANRON CONSTRUCTION CORP.; CORD
CONTRACTING CO., INC.; DAKOTA DEMO-TECH;
DIAMOND POINT EXCAVATING CORP.; DIEGO
CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.;
DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL
CONTRACTORS CORP.; EAGLE LEASING &
INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING
CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

CORP.; EVERGREEN RECYCLING OF CORONA (EROC); EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK, LLP; GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC; HALLEN WELDING SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS, P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORP.; PLAZA CONSTRUCTION CORP.; PORT AUTHORITY OF NEW YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC; PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.; ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING
COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC;
ZIEGENFUSS DRILLING, INC.;
OFF SITE:
ALAN KASMAN DBA KASCO, AM & G WATERPROOFING
LLC, ANN TAYLOR STORES CORPORATION, BANKERS TRUST
COMPANY, BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING-STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP.;
DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO., INC., NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN
INTERIORS CORPORATION, TOSCORP INC., TULLY CONSTRUCTION
CO., INC., TULLY INDUSTRIES, INC., WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP,
AND WFP TOWER B. CO., ET AL

                                              Defendants.
--------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In*

*Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
July 22, 2008

WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

x:\tc52561\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------------------X
DAVID CUEVAS AND LUPE VALASQUEZ,

|  |  |
|---|---|
| Plaintiffs, | **NOTICE OF ADOPTION** |
| -against- |  |
| ON SITE: | **08 CIV 2321** |

7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING,
INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVIRONMENTAL, INC.; ANTHONY CORTESE
SPECIALIZED HAULING LLC.; ATLANTIC HEYDT
CORP.; BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION; BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL,
INC.; BERKEL & COMPANY, CONTRACTORS, INC.;
BIG APPLE WRECKING & CONSTRUCTION CORP.;
BOVIS LEND LEASE LMB, INC.; BREEZE CARTING
CORP.; BREEZE NATIONAL INC.; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING
CORP.; CANRON CONSTRUCTION CORP.; CORD
CONTRACTING CO., INC.; DAKOTA DEMO-TECH;
DIAMOND POINT EXCAVATING CORP.; DIEGO
CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.;
DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL
CONTRACTORS CORP.; EAGLE LEASING &
INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING
CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

CORP.; EVERGREEN RECYCLING OF CORONA (EROC);
EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL
SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS
A. LEE EXTERIOR RESTORATION, INC.; FTI
TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK,
LLP; GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC; HALLEN WELDING SERVICE,
INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.;
LAQUILA CONSTRUCTION INC.; LASTRADA
GENERAL CONTRACTING CORP.; LESLIE E.
ROBERTSON ASSOCIATES CONSULTING ENGINEERS,
P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD,
KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.;
LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI WRECKING,
INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC
F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH
AMERICAN CORP.; MRA ENGINEERING, PC; MUESER
RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA
INDUSTRIES INCORPORATED; NEW YORK CRANE &
EQUIPMENT CORP.; NICHOLSON CONSTRUCTION
COMPANY; PETER SCALAMANDRE & SONS, INC.;
PINNACLE ENVIRONMENTAL CORP.; PLAZA
CONSTRUCTION CORP.; PORT AUTHORITY OF NEW
YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC;
PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES;
ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.;
ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY
ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL
CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING
CORP.; SILVERITE CONTRACTING CORPORATION;
SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE
OWING & MERRILL LLP; SURVIVAIR; TISHMAN
CONSTRUCTION CORPORATION OF MANHATTAN;
TISHMAN CONSTRUCTION CORPORATION OF NEW YORK;
TISHMAN INTERIORS CORPORATION; TISHMAN
SPEYER PROPERTIES; THORTON-TOMASETTI GROUP,
INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY
CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.;
TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION
COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT
VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE,
INC.; WEIDLINGER ASSOCIATES, CONSULTING
ENGINEERS, P.C.; WHITNEY CONTRACTING INC.;
WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE
CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING
COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC;
ZIEGENFUSS DRILLING, INC.;
OFF SITE:
90 CHURCH STREET LIMITED PARTNERSHIP, AMBIENT
GROUP, INC., BELFOR USA GROUP, INC., BOSTON
PROPERTIES, INC., STRUCTURE TONE (UK), INC., AND
STRUCTURE TONE GLOBAL SERVICES, INC., ET AL

                                                   Defendants.

--------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In*

*Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
      July 22, 2008

WILLIAM D. JOYCE III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

x:\tc52562\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

----------------------------------------------------------------------------X

RUTH DIAZ,

Plaintiff,

-against-

80 LAFAYETTE ASSOCIATES, LLC, ALAN KASMAN
DBA KASCO, ANN TAYLOR STORES CORPORATION,
B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTROPHE, INC. D/B/A BMS CAT, BLUE
MILLENNIUM REALTY LLC, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
CENTURY 21, INC., ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., JACK
RESNICK & SONS INC., KASCO RESTORATION
SERVICES CO., MAYORE ESTATES LLC, MAYORE
ESTATES LLC AND 80 LAFAYETTE ASSOCIATION
LLC AS TENANTS IN COMMON, MERRILL LYNCH
& CO., INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
RESNICK 75 PARK PLACE LLC, ROCKROSE
DEVELOPMENT CORP., STONER AND COMPANY,
INC., STRUCTURE TONE (UK), INC., STRUCTURE

**NOTICE OF
ADOPTION**

**07 CV 01601**

TONE GLOBAL SERVICES, INC., TOSCORP INC.,
TUCKER ANTHONY, INC., WESTON SOLUTIONS,
INC., WFP TOWER A CO., WFP TOWER A CO. G.P.
CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO.
G.P. CORP., WFP TOWER B HOLDING CO., LP, AND
WFP TOWER B. CO., L.P., ET AL

                                        Defendants.
----------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In*

*Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated:  New York, New York
       July 22, 2008

 

WILLIAM D. JOYCE III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

x:\tc52563\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
--------------------------------------------------------------------------X
JOFFRE MARTINEZ and JESSICA CABRERA,

                    Plaintiffs,

        -against-

ON-SITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING,
INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVIRONMENTAL, INC.; ANTHONY CORTESE
SPECIALIZED HAULING LLC.; ATLANTIC HEYDT
CORP.; BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION; BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL,
INC.; BERKEL & COMPANY, CONTRACTORS, INC.;
BIG APPLE WRECKING & CONSTRUCTION CORP.;
BOVIS LEND LEASE LMB, INC.; BREEZE CARTING
CORP.; BREEZE NATIONAL INC.; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING
CORP.; CANRON CONSTRUCTION CORP.; CORD
CONTRACTING CO., INC.; DAKOTA DEMO-TECH;
DIAMOND POINT EXCAVATING CORP.; DIEGO
CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.;
DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL
CONTRACTORS CORP.; EAGLE LEASING &
INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING
CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

**NOTICE OF
ADOPTION**

**08 CIV 2288**

CORP.; EVERGREEN RECYCLING OF CORONA (EROC);
EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL
SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS
A. LEE EXTERIOR RESTORATION, INC.; FTI
TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK,
LLP; GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC; HALLEN WELDING SERVICE,
INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.;
LAQUILA CONSTRUCTION INC.; LASTRADA
GENERAL CONTRACTING CORP.; LESLIE E.
ROBERTSON ASSOCIATES CONSULTING ENGINEERS,
P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD,
KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.;
LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI WRECKING,
INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC
F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH
AMERICAN CORP.; MRA ENGINEERING, PC; MUESER
RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA
INDUSTRIES INCORPORATED; NEW YORK CRANE &
EQUIPMENT CORP.; NICHOLSON CONSTRUCTION
COMPANY; PETER SCALAMANDRE & SONS, INC.;
PINNACLE ENVIRONMENTAL CORP.; PLAZA
CONSTRUCTION CORP.; PORT AUTHORITY OF NEW
YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC;
PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES;
ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.;
ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY
ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL
CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING
CORP.; SILVERITE CONTRACTING CORPORATION;
SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE
OWING & MERRILL LLP; SURVIVAIR; TISHMAN
CONSTRUCTION CORPORATION OF MANHATTAN;
TISHMAN CONSTRUCTION CORPORATION OF NEW YORK;
TISHMAN INTERIORS CORPORATION; TISHMAN
SPEYER PROPERTIES; THORTON-TOMASETTI GROUP,
INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY
CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.;
TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION
COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT
VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE,
INC.; WEIDLINGER ASSOCIATES, CONSULTING
ENGINEERS, P.C.; WHITNEY CONTRACTING INC.;
WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE
CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING
COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC;
ZIEGENFUSS DRILLING, INC.;
OFF-SITE:
160 WATER ST., INC., 160 WATER STREET
ASSOCIATES, ALAN KASMAN DBA KASCO,
AMERICAN EXPRESS BANK, LTD, AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC, ANN TAYLOR
STORES CORPORATION, BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY, BFP TOWER C CO.
LLC., BFP TOWER C MM LLC., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC., BT
PRIVATE CLIENTS CORP., DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC., G.L.O. MANAGEMENT,
INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES
CO., LEHMAN BROTHERS HOLDINGS, INC., LEHMAN
BROTHERS, INC., LEHMAN COMMERCIAL SERVICES
CO., LEHMAN BROTHERS HOLDINGS INC., LEHMAN
BROTHERS, INC., LEHMAN COMMERCIAL PAPER,
INC., MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., R Y MANAGEMENT CO., INC.
RY MANAGEMENT, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE
BANK OF NEW YORK TRUST COMPANY NA, TISHMAN
INTERIORS CORPORATION, TOSCORP INC.,
TRAMMELL CROW COMPANY, TRAMMELL CROW
CORPORATE SERVICES, INC., TUCKER ANTHONY,
INC., TULLY CONSTRUCTION CO., INC., TULLY
INDUSTRIES, INC., WESTON SOLUTIONS, INC., WFP
RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP
TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP
TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP.,

WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO.,
L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D
HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II
L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP
TOWER D. CO., L.P., ET AL.,

                              Defendants.
------------------------------------------------------------------------X

　　　　PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In

Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

　　　　To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

　　　　WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
     July 22, 2008

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL
SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

x:\tc52564\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
--------------------------------------------------------------------------X
LUIS MARTINEZ and LUDIVIA CASTELLANOS,

**NOTICE OF
ADOPTION**

Plaintiffs,

-against-

**07 CV 00057**

222 BROADWAY, LLC, ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., AMG REALTY
PARTNERS, LP, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF
EDUCATION OF THE CITY OF NEW YORK,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CHASE MANHATTAN
BANK CORPORATION, CUSHMAN & WAKEFIELD
INC., DEPARTMENT OF BUSINESS SERVICES,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., JONES
LANG LASALLE AMERICAS, INC., JONES LANG
LASALLE SERVICES, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNCH & CO, INC., NEW
YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NOMURA HOLDING AMERICA, IN., NOMURA
SECURITIES INTERNATIONAL, INC., STRUCTURE

TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TOSCORP INC., TRIBECA
LANDING L.L.C., UBS FINANCIAL SERVICES, INC.,
F/K/A SWISS BANK CORPORATION, WESTON
SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP, AND WFP TOWER
B. CO., L.P., ET AL.,

                                  Defendants.
--------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE  (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In*

*Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE  (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
      July 22, 2008

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

x:\tc52565\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------------------X
WOJCIECH MICHALIK AND MAIGONATA MICHALIK,

|  |  |
|---|---|
| Plaintiffs, | **NOTICE OF** |
|  | **ADOPTION** |
| -against- |  |
| ON SITE: | **08 CIV 2292** |

7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING,
INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVIRONMENTAL, INC.; ANTHONY CORTESE
SPECIALIZED HAULING LLC.; ATLANTIC HEYDT
CORP.; BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION; BECHTEL CONSTRUCTION, INC.;
BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL,
INC.; BERKEL & COMPANY, CONTRACTORS, INC.;
BIG APPLE WRECKING & CONSTRUCTION CORP.;
BOVIS LEND LEASE LMB, INC.; BREEZE CARTING
CORP.; BREEZE NATIONAL INC.; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING
CORP.; CANRON CONSTRUCTION CORP.; CORD
CONTRACTING CO., INC.; DAKOTA DEMO-TECH;
DIAMOND POINT EXCAVATING CORP.; DIEGO
CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.;
DMT ENTERPRISE, INC.; D'ONOFRIO GENERAL
CONTRACTORS CORP.; EAGLE LEASING &
INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING
CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH

CORP.; EVERGREEN RECYCLING OF CORONA (EROC);
EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL
SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS
A. LEE EXTERIOR RESTORATION, INC.; FTI
TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK,
LLP; GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC; HALLEN WELDING SERVICE,
INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.;
LAQUILA CONSTRUCTION INC.; LASTRADA
GENERAL CONTRACTING CORP.; LESLIE E.
ROBERTSON ASSOCIATES CONSULTING ENGINEERS,
P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD,
KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.;
LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI WRECKING,
INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC
F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH
AMERICAN CORP.; MRA ENGINEERING, PC; MUESER
RUTLEDGE CONSULTING ENGINEERS, INC.; NACIREMA
INDUSTRIES INCORPORATED; NEW YORK CRANE &
EQUIPMENT CORP.; NICHOLSON CONSTRUCTION
COMPANY; PETER SCALAMANDRE & SONS, INC.;
PINNACLE ENVIRONMENTAL CORP.; PLAZA
CONSTRUCTION CORP.; PORT AUTHORITY OF NEW
YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC;
PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES;
ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.;
ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY
ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL
CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING
CORP.; SILVERITE CONTRACTING CORPORATION;
SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE
OWING & MERRILL LLP; SURVIVAIR; TISHMAN
CONSTRUCTION CORPORATION OF MANHATTAN;
TISHMAN CONSTRUCTION CORPORATION OF NEW YORK;
TISHMAN INTERIORS CORPORATION; TISHMAN
SPEYER PROPERTIES; THORTON-TOMASETTI GROUP,
INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY
CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.;
TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION
COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT
VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE,
INC.; WEIDLINGER ASSOCIATES, CONSULTING
ENGINEERS, P.C.; WHITNEY CONTRACTING INC.;
WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE
CENTER PROPERTIES LLC; WSP CANTOR SEINUK;

YANNUZZI & SONS, INC.; YONKERS CONTRACTING
COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC;
ZIEGENFUSS DRILLING, INC.;
OFF SITE:
90 CHURCH STREET LIMITED PARTNERSHIP, ALAN
KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN
TAYLOR STORES CORPORATION, BANKERS TRUST
COMPANY, BATTERY PARK CITY AUTHORITY, BELFOR
USA GROUP, INC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC., D/B/A BMS CAT, BOARD OF
EDUCATION OF THE CITY OF NEW YORK, BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS
CORP., DEPARTMENT OF BUSINESS SERVICES,
DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK
TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., MERRILL LYNCH & CO,
INC., NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE BANK OF NEW YORK
TRUST COMPANY NA, TISHMAN INTERIORS
CORPORATION, TOSCORP INC., TRIBECA LANDING L.L.C.,
TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES,
INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP, AND WFP
TOWER B. CO., L.P., ET AL.,

                                                    Defendants.
-----------------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE  (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In*

*Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE  (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
      July 22, 2008

                          _____
                          ROGER P. McTIERNAN, JR. (RPM 1680)
                          BARRY, McTIERNAN & MOORE
                          Attorneys for Defendants
                          STRUCTURE TONE, INC. s/h/a
                          STRUCTURE TONE (UK), INC. and
                          STRUCTURE TONE GLOBAL SERVICES, INC.
                          2 Rector Street – 14th Floor
                          New York, New York  10006
                          (212) 313-3600